# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| David Meyers, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:23-cv-00184-DCC-KFM |
| | ) | |
| vs. | ) | |
| | ) | |
| R. Honeycutt | ) | |
| Amy Jenkins | ) | |
| Daniel Brown | ) | |
| Jeffrey P. Duncan | ) | |
| Pamela Burr | ) | |
| FNU Reyes | ) | |
| Stephanie Hall | ) | |
| Joshua Sigmon | ) | |
| FNU Harold | ) | |
| FNU Venosa | ) | |
| FNU Shuttles | ) | |
| William Farrish | ) | |
| FNU Knoxx | ) | |
| FNU Jackson | ) | |
| FNU Simms | ) | |
| FNU Moss | ) | |
| FNU Johnson | ) | |
| FNU Butler, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 18, 2024 Text Order.

June 18, 2024

Katherine Hord Simon, Clerk
United States District Court